**Order entered March 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00144-CV

## AVIS RENT A CAR SYSTEM, LLC, Appellant

## V.

## JAN WILBANKS, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06935-A**

### ORDER

The clerk's record in this case is overdue. By postcard dated February 6, 2020, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within thirty days. To date, the County Clerk has not filed the clerk's record nor otherwise responded to our notice.

Accordingly, we **ORDER** the County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record, or (2) written verification that appellant has not paid for or made arrangements to pay for the record. We notify

appellant that if we receive verification it has not paid for or made arrangements to pay for the clerk's record, we will, without further notice, dismiss the appeal. See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order to:

John Warren
Dallas County Clerk

All parties

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE